**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000389
10-OCT-2019
10:09 AM**

NO. CAAP-19-0000389

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ROBERT NEUMAN, doing business as NO KA OI ISLAND MANAGEMENT; and
KI-TOV LLC, doing business as BLUE SEA BREEZE APARTMENTS,
Plaintiffs-Appellants, v. MANAGEMENT, INC,
a Wyoming Corporation; and AVI YERBER,
also known as AVI YERZBER, also known as AVIRAN YERZBER;
Defendants-Appellees, and, JOHN DOES 1-10, Defendants

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
WAILUKU DIVISION
(DC-CIVIL NO. 17-1-1708)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal with Prejudice, filed on October 4, 2019, by Defendants-Appellees Management, Inc. and Avi Yerber, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with

prejudice.   The parties shall bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that all pending motions are dismissed as moot.

DATED:   Honolulu, Hawai'i, October 10, 2019.


Chief Judge

Associate Judge

Associate Judge